IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ELMER LUCAS, et. al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 4:10-CV-00582-DGK |
| | ) |
| JERUSALEM CAFÉ, LLC, et. al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER GRANTING ATTORNEYS' FEES AND COSTS

Plaintiffs brought this case under the Fair Labor Standards Act ("FLSA") alleging Defendants failed to pay them the applicable minimum wage and/or overtime wages they were due. After a four day trial, the jury returned a verdict in Plaintiffs' favor on all counts.

Now before the Court is Plaintiffs' Motion and Memorandum in Support of Their Request for Attorneys' Fees and Costs (Doc. 98). Plaintiffs move for an award of attorneys' fees and costs under the FLSA of $150,627 in fees and $6,561.63 in costs through May 24, 2012.

Defendants have filed nominal suggestions in opposition. Defendants note that under 29 U.S.C. § 216(b), an award of attorneys' fees and costs to a successful FLSA plaintiff is mandatory "in addition to any judgment awarded to plaintiff . . ." Defendants argue the judgment in Plaintiffs' favor was in error as a matter of law, but concede that Plaintiffs have followed appropriate procedures in requesting attorney fees and that they "have no reason to contest the accuracy, reasonableness, or credibility of plaintiffs' counsels' hourly rates or accountings of their time and costs." Resp. at 1.

The Court has conducted an independent review of Plaintiffs' request, including examining the detailed records and affidavits submitting by Plaintiffs' counsel documenting their

time and expenses spent representing Plaintiffs in this case. The Court finds that the total amount of time spent by Plaintiffs' counsel on this case, 447 hours, is reasonable, particularly given that Defendants conceded nothing during the course of this litigation. The Court also finds that the attorneys' requested hourly rates, which range from between $285 and $375 an hour, are reasonable. Finally, the Court finds the $6,561.63 requested for reimbursement of expenses, primarily for court reporters and translators, is reasonable.

Accordingly, the Court awards Plaintiffs' counsel $150,627.00 in attorneys' fees and $6,561.63 in expenses through May 24, 2012.

**IT IS SO ORDERED.**

DATE: July 13, 2012 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT